IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jonathan David McCoy, | ) | C/A No.: 5:10-132-JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| City of Columbia, John K. Passmore, James Heywood and Amanda H. Long, all in their individual capacities, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On March 20, 2012, Movant Ashleigh Messervy filed a Motion to Quash a subpoena issued by Defendant City of Columbia ("the City") that instructed her to appear for a deposition. ECF No. 126. On March 21, 2012, the court instructed the parties to hold the scheduled deposition in abeyance until the court ruled on the motion. ECF No. 128. On April 26, 2012, Movant filed a motion asking the court to hold its ruling on her motion to quash in abeyance. ECF No. 146. The court is informed that Defendant City of Columbia consents to this motion.

Accordingly, for good cause shown, Movant's Motion to Hold Motion to Quash in Abeyance. ECF No. 146 is granted. As agreed by between Movant and the City, Movant's deposition will be taken within three weeks, and Movant will notify the court within seven days after her deposition's conclusion whether the Motion to Quash will be withdrawn or will require the court's ruling. In the event the motion requires a ruling, Movant will also submit any additional grounds for a protective order within seven days of the deposition's conclusion.

Therefore, it is ordered that Movant's Motion to Hold Motion to Quash in Abeyance, ECF No. 146, is granted and the court's ruling on the Motion to Quash, ECF No. 126, is held in abeyance until further notice from the Movant as directed herein.

IT IS SO ORDERED.

April 27, 2012　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　United States Magistrate Judge