IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jonathan David McCoy, | CIVIL ACTION №: 5:10-cv-132-JFA-KDW |
| Plaintiff, | |
| v. | |
| | **PLAINTIFF'S MOTION FOR PARTIAL** |
| City of Columbia, John K. Passmore, James Heywood, and Amanda H. Long, all in their individual capacity, | **SUMMARY JUDGMENT** |
| Defendants. | |

Plaintiff, Jonathan David McCoy ("McCoy"), by and through the undersigned counsel, hereby move pursuant to Rule 56, Fed. R. Civ. P. for an order of summary judgment declaring that City of Columbia's Municipal Ordinance § 10-34(b) is unconstitutional. The grounds for this motion are set forth in the memorandum in support submitted contemporaneously herewith.

Respectfully submitted,

By:      s/ Robert F. Goings
Robert F. Goings (Fed. Id. 9838)
rgoings@goingslawfirm.com
GOINGS LAW FIRM, LLC
914 Richland Street, Suite A-101
Post Office Box 436 (29202)
Columbia, South Carolina 29201
(803) 350-9230
(877) 789-6340 (fax)

2

        J. Edward Bell, III  (Fed. Id. 1280)
        ebell@edbelllaw.com
        David W. Harwell (Fed. Id. 1766)
        dharwell@edbelllaw.com
        James B. Moore, III (Fed. Id.  10844)
        bmoore@edbelllaw.com
        Scott C. Evans (Fed. Id. 10874)
        sevans@edbelllaw.com
        BELL LEGAL GROUP, LLC
        232 King Street
        Georgetown, SC 29440
        (843) 546-2408
        (843) 546-9604 (fax)

Columbia, South Carolina

October 18, 2012

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of October, 2012, a true and correct copy of **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** is being electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**COUNSEL SERVED:**
Peter M. Balthazor, Esquire
City of Columbia
P.O. Box 667
Columbia, SC 29202
*Attorneys for Defendant City of Columbia*


Matthew B. Rosbrugh, Esquire
MBR Law, L.L.C.
P.O. Box 292290
Columbia, SC 29229
*Attorneys for John K. Passmore, James Heywood, and Amanda H. Long*



                                                            s/ Robert F. Goings