IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Jonathan David McCoy, | ) | C/A No.:5:10-cv-00132-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT CITY OF COLUMBIA'S** |
| | ) | **WITNESS LIST** |
| | ) | |
| City of Columbia, John K. Passmore, James Heywood and Amanda H. Long, all in their individual capacities, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Defendant City of Columbia hereby submits its witness list pursuant to Local Rule 26.05, and as instructed by Judge Anderson in the Bar Meeting Notice:

**(G) The names of the witnesses expected to be called and a summary of their anticipated testimony. Whether the exclusion of a witness or witnesses is requested pursuant to Federal Rule of Evidence 615. If no request is made herein, it shall be deemed waived.**

1. **Kimberly Black**
   Ms. Black is expected to testify concerning the Plaintiff's incarceration at the Alvin S. Glenn Detention Center.

2. **Kimberly Riley**
   Ms. Riley is expected to testify concerning her observations of the Plaintiff following his release from confinement on October 17, 2009, and other testimony consistent with her deposition.

3. **Richard Dennis**
   Mr. Dennis is expected to testify concerning his observations of the arrest of the Plaintiff.

4. **Reginald I. Lloyd, Esq.**
   Mr. Lloyd is expected to testify concerning his involvement with and knowledge of any investigation of the alleged incident performed by SLED and/or FBI.

5. **Danny Crowe, Esq.**
Mr. Crowe is expected to testify concerning his determination that probable cause existed for the arrest of the Plaintiff and his reasons for nol prossing the criminal charge against the Plaintiff.

6. **Martin Folding**
Mr. Folding is expected to testify concerning his knowledge of any investigation of the alleged incident by the Internal Affairs division of the Columbia Police Department.

7. **Tandy Carter**
Mr. Carter is expected to testify concerning his knowledge of the Plaintiff's arrest and any subsequent actions taken by the Columbia Police Department to investigate this matter after learning of the lawsuit.

8. **Ruben Santiago**
Assistant Chief Santiago is expected to testify concerning his knowledge of the Plaintiff's arrest.

9. **Jim Irvin, Esq.**
Mr. Irvin is expected to testify concerning his employment of the Plaintiff and consistent with the facts stated in his deposition.

10. **Steve Smith**
Mr. Smith is expected to testify consistent with his report previously provided to the Plaintiff in discovery concerning the reasonableness of the Officer Defendants' actions in light of training, procedure, and safety concerns.

11. **Donna Schwartz-Watts, M.D.**
Dr. Schwartz-Watts is expected to testify consistent with her report previously provided to the Plaintiff in discovery and consistent with her deposition testimony concerning the Plaintiff's alleged damages.

12. **Jeannie Shull (or other Records Custodian from the Alvin S. Glenn Detention Center)**
This witness is expected to testify concerning the authenticity of records of regularly conducted activity maintained by the Alvin S. Glenn Detention Center to include video footage and recordings of phone calls.

13. **Brandy Duncan, Esq.**
Ms. Duncan is expected to testify concerning the authenticity of records maintained by the S.C. Criminal Justice Academy.

14. **Amanda Branham**
    Ms. Branham is expected to testify concerning her arrest of the Plaintiff on October 17, 2009, and the events surrounding the arrest.

15. **James Heywood**
    Mr. Heywood is expected to testify concerning the events surrounding the arrest of the Plaintiff on October 17, 2009.

16. **John K. Passmore**
    Mr. Passmore is expected to testify concerning the events surrounding the arrest of the Plaintiff on October 17, 2009.

                                        s/ Peter M. Balthazor
                                        PETER M. BALTHAZOR
Office of the City Attorney
Post Office Box 667
Columbia, South Carolina 29202
Telephone (803) 737-4242
Facsimile (803) 737-4250

March 5, 2013                          Attorney for Defendant City of Columbia
Columbia, South Carolina